United States District Court
Southern District of Texas
**ENTERED**
December 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICKEY PECK, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-268 |
| § | |
| GREENE'S ENERGY GROUP, LLC, § | |
| § | |
| Defendant. § | |

**DISMISSAL ORDER**

On December 19, 2016, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. 19) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 20th day of December, 2016.

_____
George C. Hanks Jr.
United States District Judge